David P. FARLEY, Plaintiff—
Appellant,

v.

Lillie Mae BROWN; Bob Bishop;
Site Manager, Crest Street,
Defendants—Appellees.

No. 09–1585.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 20, 2009.

Decided: Oct. 23, 2009.

David P. Farley, Appellant Pro Se.

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David P. Farley appeals the district court's order denying his motion filed in a closed case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Farley v. Brown*, No. 5:06–cv–00209–F (E.D.N.C. Apr. 6, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*